# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## ARRAIGNMENT MINUTES

UNITED STATES OF AMERICA,
                Plaintiff,

v.

Doron Tavlin(1),
                Defendant.

**COURT MINUTES - CRIMINAL**
BEFORE:  TONY N. LEUNG
U.S. Magistrate Judge

| | |
|---|---|
| Case No: | 22-cr-134 MJD/BRT |
| Date: | July 6, 2022 |
| Courthouse: | Minneapolis |
| Courtroom: | 9E |
| Time Commenced: | 2:00 p.m. |
| Time Concluded: | 2:02 p.m. |
| Time in Court: | 2 minutes |

APPEARANCES:

Plaintiff: Matthew Ebert and Kimberly Svendsen, Assistant U.S. Attorney
Defendant:  Matt Forsgren
    X Retained

**Indictment Dated:**   June 30, 2022

   X Reading of Indictment Waived       X Not Guilty Plea Entered

Other Remarks:

X Counsel to be notified of additional dates by separate Order to be issued.

                                                                  s/jam
                                                    Signature of Courtroom Deputy