UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                            Crim. No. 22-134 (DWF/BRT)

(1) Doron Tavlin,
also known as Ron; and                    **ORDER**
(3) David Gantman,

        Defendants.

This matter was before the Court on Defendants Doron Tavlin and David Gantman's Unopposed Motion to Designate Case as Complex Under the Speedy Trial Act (Doc. No. 29), which also requested a continuance of all deadlines contained in the current case scheduling order by at least 45 days. Defendants Tavlin and Gantman's Unopposed Motion to Designate Case as Complex Under the Speedy Trial Act was granted on August 1, 2022 (Doc. No. 30), and the following Amended Scheduling Order now applies:

    1.    To the extent not already made, the Government must make all disclosures required by Federal Rule of Criminal Procedure 16(a) by **August 29, 2022**. D. Minn. LR 12.1(a)(1). In order to avoid the need for a recess of the motions hearing, the government is requested to make, by **August 29, 2022**, all disclosures which will be required by Fed. R. Crim. P. 26.2 and 12(h).

2. To the extent not already made, Defendants must make all disclosures required by Federal Rule of Criminal Procedure 16(b) by **September 6, 2022**. D. Minn. LR 12.1(a)(2).

3. All motions in the above-entitled case must be filed and served consistent with Federal Rules of Criminal Procedure 12(b) and 47 on or before **September 12, 2022**.[1] D. Minn. LR 12.1(c)(1). **Counsel are advised that Magistrate Judge Thorson <u>does not</u> require any courtesy copies related to pretrial motions. Counsel must electronically file a letter on or before September 12, 2022 if no motions will be filed and there is no need for hearing.**

4. All responses to motions must be filed by **September 26, 2022**. D. Minn. LR 12.1(c)(2).

5. Any Notice of Intent to Call Witnesses must be filed by **September 26, 2022**. D. Minn. LR. 12.1(c)(3)(A).

6. Any Responsive Notice of Intent to Call Witnesses must be filed **September 30, 2022**. D. Minn. LR 12.1(c)(3)(B).

7. A motions hearing will be held pursuant to Federal Rules of Criminal Procedure 12(c) where:

      a. The government makes timely disclosures and Defendant identifies in the motions particularized matters for which an evidentiary hearing is necessary; or

---

[1] "Before filing a motion under Fed. R. Crim. P. 12(b), the moving party must confer with the responding party. The parties must attempt in good faith to clarify and narrow the issues in dispute." D. Minn. LR 12.1(b).

      b.      Oral argument is requested by either party in its motion, objection or response pleadings.

8.      In the event motions a hearing is required, the hearing will be set for

**October 12, 2022, at 9:00 a.m. in Courtroom 3C, before Magistrate Judge Becky R. Thorson**.

9.      TRIAL

The trial and other related dates will be set by separate Order.

Dated: August 1, 2022                *s/ Becky R. Thorson*
                                            BECKY R. THORSON
                                            United States Magistrate Judge